UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG 2 8 2017
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

SHEWANDA R.M. PRICE, )
)
Plaintiff, )
)
v. ) Civil Action No. 17-1609 (UNA)
)
BENJAMIN FRANKLIN, )
)
Defendant. )

## MEMORANDUM OPINION

This matter is before the Court on plaintiff's application to proceed *in forma pauperis* and her *pro se* civil complaint. The application will be granted, and the complaint will be dismissed.

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, such that they can prepare a responsive answer, prepare an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

It appears that plaintiff is filing "this Class A Federal Human Rights [Di]plomatic Immunity Business Enterprise Entrepreneur Buildings Builder Architect Contractor . . . Workman Compensation Lawsuit" in order that she receive all of her mail at a particular post office in Washington, D.C. Compl. at 1. The complaint utterly fails to meet the standard set forth in Rule 8(a) and, therefore, it will be dismissed without prejudice. An Order is issued separately.

DATE: 8/25/17

_____
United States District Judge